FILED 17 FEB '21 14:33 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00056-MO |
| v. | INDICTMENT |
| **HEIDI MEIGGS,** | 18 U.S.C. § 1709 |
| Defendant. | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Mail Theft by Postal Employee)**
**(18 U.S.C. § 1709)**

On or about November 8 and 9, 2019, in the District of Oregon, defendant HEIDI MEIGGS, while working as a Postal Service employee, did embezzle postal cards and their contents, which were intended to be conveyed by mail.

All in violation of 18 U.S.C. § 1709.

Dated: February 17, 2021

A TRUE BILL.

███████████████████████

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*[signature]*

MEREDITH D.M. BATEMAN, OSB #192273
ETHAN D. KNIGHT, OSB #992984
Assistant United States Attorneys

**Indictment**  Page 1